IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00448-KLM

KATHERINE FRIESS,

    Plaintiff,

v.

BERNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol,
SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, a committee of the United States House of Representatives, and
AT & T, a Delaware corporation,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Consent/Non-Consent Form** [#12], in which the parties inform the Court that at least one party in this civil action does not consent to have a United States Magistrate Judge conduct all proceedings. Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: May 20, 2022