**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                                                   303-844-2527
Judge

May 24, 2022

TO:             Jeffrey Colwell, Clerk

FROM:      Judge Babcock                              s/LTB

RE:           Civil Action No. 22-cv-00448
                 Friess v. Thompson, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp