IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00448-CMA-KLM

KATHERINE FRIESS,

    Plaintiff,

v.

BERNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol,
SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, a committee of the United States House of Representatives, and
AT & T, a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte.  On March 7, 2022, the Court set a May 27, 2022 deadline to file a proposed scheduling order and further set the Scheduling Conference to occur on June 3, 2022, at 11:00 a.m.  *Order* [#8].  Without explanation, Plaintiff has failed to file a proposed scheduling order and, indeed, does not yet appear to have served Defendants.  **Plaintiff is warned that it is never appropriate to ignore a Court order.  Further violations may result in sanctions.**

    IT IS HEREBY **ORDERED** that Plaintiff shall file a Status Report **no later than June 6, 2022**, regarding the status of service on Defendants.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 3, 2022, at 11:00 a.m. is **VACATED** and **RESET** to **August 15, 2022**, at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that, **no later than August 8, 2022**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    Dated:  May 31, 2022