IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| KATHERINE FRIESS,<br><br>       *Plaintiff*,<br><br>  v.<br><br>BENNIE G. THOMPSON et al.,<br><br>       *Defendants*. | No. 1:22-CV-00448-CMA-KLM |

**OPPOSED MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7.1, Defendants the Honorable Bennie G. Thompson; and the Select Committee to Investigate the January 6th Attack on the Capitol of the United States, respectfully move for an extension of time to respond to Plaintiff's Complaint.

Plaintiff Katherine Friess filed her Complaint (ECF No. 1) on February 22, 2022. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint is due on July 11, 2022, 60 days after service of the summons and complaint on the U.S. Attorney. *See* ECF No. 10; *see also* Fed. R. Civ. P. 12(a)(3). Defendants now seek a 30-day extension, until August 10, 2022.

The Defendants, all Members of Congress, are actively engaged in studying the various alternatives in this and other related litigation. In addition, the Select Committee's investigation is uncovering new information almost daily, which requires continual adjustments and alterations in its plans and strategic approach. Finally, given the information obtained via the Select Committee's hearings and the parallel criminal proceedings, additional time is required to

evaluate and consider Defendants' strategic approach.  There are no existing deadlines that will be affected by the granting of this motion.

## LOCAL RULE 7.1(a) CERTIFICATION

Pursuant to Local Rule 7.1(a), undersigned counsel for the Defendants conferred with Plaintiff's counsel via email about the proposed extension of time, and Plaintiff's counsel indicated that Plaintiff opposes the requested relief.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Michelle S. Kallen (D.C. Bar No. 1030497)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants*

June 27, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Colorado, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
