IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00448-CNS-KLM

KATHERINE FRIESS,

    Plaintiff,

v.

BERNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol, and SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, a committee of the United States House of Representatives,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Delay Discovery and Postpone Initial Status Conference or, in the Alternative, Motion to Appear by Telephone or Video Conference** [#29] (the "Motion").  Although Defendants do not explicitly say so, and do not address the *String Cheese Incident* factors, Defendants essentially ask for a stay of this case pending adjudication of their Motion to Dismiss [#24]. The Motion to Dismiss [#24] is referred to the undersigned but is not yet fully briefed. Plaintiff opposes the present Motion [#29] insofar as Defendants (essentially) ask for a stay, but she does not oppose their request to appear by telephone at the Scheduling Conference set for August 15, 2022, at 10:00 a.m.

    The Court is not inclined to adjudicate an opposed motion to stay discovery before that motion has been fully briefed by the parties, which is not possible here prior to the Scheduling Conference setting.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED in part and HELD IN ABEYANCE in part**.  The Motion is **granted** to the extent that counsel for Defendants shall call the Court at **888-363-4749**, Access Code: **2115325#**, from a land line at the time of the Scheduling Conference.  The Motion is **held in abeyance** regarding the request for a stay.  This portion of the Motion will be adjudicated after it has been fully briefed.

    Dated:  August 1, 2022