**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

KATHERINE FRIESS,                      )
               *Plaintiff*,              )
                               )
                               )
v.                                     )
                               )   Civil Action No. 1:22-CV-00448-CNS-KLM
                               )
                               )
BENNIE G. THOMPSON et al.,             )
              *Defendants*              )

**<u>PROPOSED SCHEDULING ORDER</u>**

Counsel have conferred and submit the following case information and proposed dates for case management:

1.     Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? _____yes  _X_  no
       ***If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.*** If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: _____

2.     Deadline for motions to add parties: Plaintiff Choice 10/10/22, Defendant's Choice 9/1/22.

3.     Deadline for motions to amend pleadings: Plaintiff's Choice 10/10/22, Defendant's Choice 9/1/22

4.     Expert witnesses disclosed by:       a) Plaintiff: 1/24/23
                                            b) Defendant: No response provided
                                            c) Plaintiff Rebuttal: 10 days following Defendant filing

5.     Deadline for ***completion*** of discovery: Plaintiff's Choice 1/10/23, Defendant's Choice 10/14/22

6.     Dispositive motions deadline (***at least 120 days before Trial Ready Date):*** Plaintiff's Choice 2/10/23, Defendant's Choice 10/28/22.

7.     Trial Ready Date (**at least 120 days after Dispositive Motions Date**): Plaintiff's Choice 3/10/23, Defendant's Choice 11/15/22.

8.     Has a jury demand been filed? _____yes   _X_  no

9.      Estimate length of trial:      __2__  days

10.     Settlement conference: (a) Plaintiff believes a court-sponsored settlement conference should be set by the court at this time for a date after: 8/15/22; (b) Defendant's believe a court sponsored settlement conference is not necessary at this time.


Raymond Mansolillo                          Todd B. Tatelman
Attorney for Plaintiff                       Attorney for Defendant(s)
One Marina Park Drive                        5140 O'Neill House Office Building
Boston, MA  02210                            Washington, D.C.  20515
(617) 807-7061 (Tel.)                        (202) 225-9700 (Tel.)
(617) 807-7001 (Fax)                         (202) 226-1360 (Fax)
(401) 640-4225 (Cell)                        Todd.tatelman@mail.house.gov
rmansolillo@cox.net


<u>JUDGE'S REVISIONS</u>

The deadline in Paragraph _____ is changed to_____

The deadline in Paragraph _____ is changed to _____

The deadline in Paragraph _____ is changed to _____

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan _____**is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

_____  will not be scheduled at this time.

_____  will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, on the _____ day of _____, at _____o'clock.

_____  will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____o'clock, _____.m.

**DATED** this _____ day of _____.


                                            _____
                                            MAGISTRATE JUDGE
                                            UNITED STATES DISTRICT COURT

<u>ORDER OF REFERENCE</u>

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c) and the consent of the parties.

    **DATED** this _____ day of _____.

_____

UNITED STATES DISTRICT JUDGE