## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:      1:22-cv-00448-CNS-KLM

KATHERINE FRIESS

Plaintiff,

v.

BENNIE G. THOMPSON in his official capacity
As Chairman of the House Select Committee
To Investigate the January 6th Attack on the
United States Capitol; Select Committee to
Investigate the January 6th Attack on the
United States Capitol, a committee of the
Unites States House of Representatives

Defendant(s).

---

## MOTION TO APPEAR BY TELEPHONE OR VIDEO CONFERENCE

---

Plaintiff's counsel respectfully requests this Honorable Court to appear via telephone or video conference for the upcoming scheduling conference, Wednesday, August 31, 2022 at 10:30am.  Counsel has a prescheduled medical procedure the previous day, Tuesday, August 30, 2022 in the northeast region.  Plaintiff's counsel has conferred with opposing counsel who indicated they have no objection to my appearance in that medium.

Respectfully Submitted,

*/s/ Raymond Mansolillo Esq*
Katherine Friess
One Marina Park Drive
Suite 1410
Boston, MA  02210
(401) 640-4225
*Counsel for Plaintiff*

August 25, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, the attached Motion to Appear by Telephone or Video Conference was filed via the CM/ECF system for the U.S. District Court for the District of Colorado, with a copy to be served on all registered parties.

*/s/ Raymond Mansolillo*
Raymond Mansolillo
