## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00448-CNS-KLM

KATHERINE FRIESS,

        *Plaintiff*,

v.

BENNIE G. THOMPSON et al.,

        *Defendants*.

---

## CONGRESSIONAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

---

Pursuant to this Court's Minute Order, Plaintiff Katherine Friess was directed to respond to the Congressional Defendants' Motion for Leave to Delay Discovery and Postpone Initial Status Conference (ECF No. 29) by September 6, 2022.  *See* ECF No. 40 ("Accordingly, IT IS HEREBY ORDERED that the deadline for Plaintiff to file a Response to the Motion [#29] is extended to September 6, 2022.").  Instead of responding to that motion, Plaintiff has filed a second opposition to Congressional Defendants' motion to dismiss the case.  *See* ECF No. 41.  However, the motion to dismiss was already fully briefed.  *See* Pl.'s Opp'n to Defs.' Mot. to Dismiss, July 24, 2022, ECF No. 27; Defs.' Reply in Supp. of Mot. to Dismiss, Aug. 8, 2022, ECF No. 33.

Accordingly, Congressional Defendants' Motion to Delay Discovery remains unopposed and should be considered conceded.  *See, e.g.*, *Morman v. Campbell Cnty. Mem'l Hosp.*, 632 F. App'x 927, 933 (10th Cir. 2015) (explaining that plaintiff "abandoned" an argument by "fail[ing] to argue it in response to the motion to dismiss"); *Browne v. Grand Junction, Colo.*, No. 14-CV-00809, 2015 WL 3568313, at *7 (D. Colo. June 8, 2015) ("Plaintiffs appear to concede this [issue] by failing to respond to this argument in their response.  Accordingly, the Court dismisses these claims.").

Finally, to the extent that the Court considers Plaintiff's second opposition to our motion to dismiss proper, Congressional Defendants hereby incorporate by reference all of the arguments advanced by our earlier reply in support of the motion to dismiss.  *See* ECF No. 33.

## **CONCLUSION**

For the reasons stated above the motion to delay discovery should be granted.

Respectfully submitted,

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER
*General Counsel*
TODD B. TATELMAN
*Principal Deputy General Counsel*
ERIC R. COLUMBUS
*Special Litigation Counsel*

Office of General Counsel
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov

*Attorney for Congressional Defendants*

September 7, 2022

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Colorado, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
