IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00448-CNS-KLM

KATHERINE FRIESS,

    Plaintiff,

v.

BENNIE G. THOMPSON, and
SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, a committee of the United States House of Representatives.

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of U.S. District Judge Charlotte N. Sweeney issued on November 17, 2022, [ECF No. 45] it is

ORDERED that the Recommendation of United States Magistrate Judge Mix [ECF No. 44] is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that the defendants' Motion to Dismiss [ECF No 24] is GRANTED. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 17th day of November, 2022.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

      J. Dynes,
      Deputy Clerk